UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ELIZABETH A. STEWART

          v.                          CA No. 04-537-T

JO ANNE B. BARNHART,
Commissioner of Social
Security

### ORDER OF REMAND

    Defendant's Motion for Remand under Sentence Six of 42 U.S.C. § 405(g) (Document No. 6) is hereby granted and this matter is hereby remanded to the Commissioner for further administrative proceedings.

                                                By Order

                                                /s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: October 5, 2005